FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY KENT W., II,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:18-CV-00009-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is a Stipulated Motion for Remand in which the parties jointly move the Court to remand for further administrative proceedings. ECF No. 15. Based on the agreement of the parties and the record, the Court finds good cause to grant the motion.

The Commissioner's decision to deny Plaintiff's application for Social Security disability benefits under the Social Security Act is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge shall: (1) reevaluate the medical opinion evidence; (2) reconsider Plaintiff's reports of symptoms and limitations; (3) reassess Plaintiff's residual functional capacity; and (4) obtain

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

supplemental vocational expert evidence at step five of the sequential evaluation process.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 15**, is **GRANTED**.

2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.

3. All pending motions in this matter are now moot.

4. Reasonable attorney fees may be awarded under 28 U.S.C. § 2412 and/or 28 U.S.C. § 1920, upon proper request to the Court.

5. The District Court Executive shall enter judgment for the Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 24th day of September, 2018.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**